IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
      Plaintiff,                                         )
                     v.                             )     1:06-CV-01140-AWI-LJO
                                    )
DAVID MEALS,                                          )
      Defendant                                        )
                                    )

## STIPULATED PROTECTIVE ORDER

This case is before the Court on the Government's Motion for Protective Order. There is good cause for relief requested by the Government's motion. Accordingly, it is hereby

ORDERED, that the Government's Motion for a Protective Order is GRANTED.

It is further ORDERED, that defendant shall not contact any of the taxpayers identified by the Government in this litigation for the purpose of soliciting future tax preparation business; and

It is further ORDERED, that defendant shall not use any of the contact information contained in any of the tax returns produced by the Government for the purpose of soliciting future tax preparation business.

IT IS SO ORDERED.

**Dated:   December 19, 2006**                    **/s/ Lawrence J. O'Neill**
66h44d                                                             UNITED STATES MAGISTRATE JUDGE

2068401.1                                         1